Welsh *against* Hill, jun.

HOPKINS moved for a commission in this cause, to take the deposition of certain witnesses residing in *Havanna*. The affidavit on which the motion was founded, was made by the plaintiff, who resided in *Havanna*, before the commercial and naval agent of the United States, resident at *Havanna*, in the island of *Cuba*.

*Henry*, contra, objected, that the affidavit had not been taken before a proper magistrate, and could not, therefore, be read in this court.

*Per Curiam.* The affidavit is admissible for the purpose of the present motion.

Rule granted.

Van Vechten *against* Hopkins.

HENRY, in behalf of the plaintiff, moved for a struck jury in this cause. He read an affidavit, which stated, that at the time of the publishing the libel for which the present action was brought, the plaintiff was, and now is recorder of the city of *Albany*, and is also a member of the assembly, and was a member in 1806, the period referred to in the libel.

*Chaplin*, contra.

*Per Curiam.* In the case of *Foot* v. *Croswell*,[†] the court denied a similar motion, and the ground principally relied on, was, that it was not shown that the libel was against the plaintiff in his official character. (*a*.)

Rule refused.[‡]

† 1 *Caines*, 468.

‡ 1 *Johnson*, 51.

(*a*) See. 4 John. Rep. 591. also, id. 186.